```
            IN THE UNITED STATES DISTRICT COURT FOR THE

                        DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         8:09CR457
                               )
       v.                      )
                               )
AMY GRIFFITH,                  )         ORDER
                               )
            Defendant.         )
_____)
```

By agreement of counsel,

IT IS ORDERED that the Rule 11 is rescheduled for:

**Wednesday, August 18, 2010, at 10 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 30th day of June, 2010.

```
                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court
```