IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| AMY GRIFFITH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to restrict access to motion for amended sentencing order (Filing No. 520). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion to restrict access to motion for amended sentencing order in accordance with NECrimR 49.1 is granted.

DATED this 13th day of October, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court