IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| AMY GRIFFITH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to restrict access to unopposed motion for continuance of sentencing date (Filing No. 979). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion to restrict access to unopposed motion for continuance of sentencing date is granted; this filing is restricted until further order of the Court.

DATED this 8th day of August, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court